KAMELI
LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ______________
DATE FILED: 7/28/26

July 24, 2026

MEMO ENDORSED

**VIA ECF**

Hon. Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: John Doe v. Borgen, et al.**
**Case No. 1:26-cv-05726-ALC**
**Consented Letter-Motion to Adjourn July 29, 2026 Telephonic Conference**

Dear Judge Carter:

Plaintiff respectfully submits this letter-motion, with Defendants' consent, to request that the telephonic conference currently scheduled for July 29, 2026, at 3:00 p.m. be adjourned to a date in late August.

Since the conference was scheduled, United States Citizenship and Immigration Services has approved Plaintiff's Form I-131 application for an asylee travel document. Defendants' counsel has advised that the United States Attorney's Office is working with USCIS to obtain updated information concerning the status of Plaintiff's two pending Forms I-730 and to determine whether the remaining issues in this action may be resolved without further litigation.

The parties are actively conferring and cooperating in those efforts. A brief adjournment would provide Defendants additional time to obtain information from USCIS concerning the Forms I-730 and would permit the parties to provide the Court with a more complete and meaningful update concerning the status of the remaining claims and the prospects for resolution.

The original conference date is July 29, 2026, at 3:00 p.m. This is the parties' first request to adjourn this conference, and no prior request has been made, granted, or denied. Defendants consent to the requested adjournment. The requested adjournment would not affect any other scheduled deadline or appearance.

The parties are mutually available on August 17, 2026; August 31, 2026; and September 1 -3, 2026, and respectfully request that the conference be rescheduled to one of those dates.

The parties will promptly advise the Court if they resolve the remaining issues before the rescheduled conference or if any development otherwise affects the need for the conference.

Plaintiff respectfully thanks the Court for its consideration.

**Respectfully submitted,**

**KAMELI LAW, P.C.**
/s/ Taher Kameli
Taher Kameli
P.O. Box 16680
Chicago, Illinois 60616
(312) 233-1000
Taher@Kameli.com
ounsel for Plaintiff John Doe

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

7/28/26

The July 29, 2026 conference is cancelled. The Parties are ORDERED to file a joint status report by August 17, 2026. The Clerk of Court is respectfully directed to terminate ECF No. 43