**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**DOE**

**Plaintiff,**

**-against-**

**BOEGEN ET AL**

**Defendants.**

---------------------------------------------------------- x

**1:26-cv-5726-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties' August 17, 2026 joint status report is overdue. The Parties are ORDERED to file a joint status report by August 19, 2026.

**SO ORDERED.**

**Dated:** August 18, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**